UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

IN RE:

    HENDERLIGHT, LEE EDWARD         CASE NO. 04-33377
                                                            CHAPTER 7

DEBTOR(S)

TRUSTEE'S REPORT TO THE CLERK

    The Trustee herein having filed her Request to Close, and 90 days having passed since payment of final dividend or since final distribution herein was made, she now reports that she has the following unclaimed funds and submits them herewith to the Clerk pursuant to 11 U.S.C. Section 347(a):

| Claim # | Creditor | Dividend Amount |
|---|---|---|
| 8 | People's Bank<br>850 Main Street<br>Bridgeport, CT 06604-4904 | $1,611.66 |

/s/ Ann Mostoller
Ann Mostoller, #001146
Trustee
Bankruptcy Trustee, 136 S. Illinois Ave., Ste 104
Oak Ridge, TN  37830
(865) 482-4466